UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

| | |
|---|---|
| Arvie J. & Jaclyn L. Coffman | CHAPTER 13 |
| | CASE NO: 09-57415-tjt |
| Debtor(s) | JUDGE: Thomas J. Tucker |

_____/

ORDER SUSTAINING DEBTORS' OBJECTION TO
CLAIM NO. 11 FILED BY MTGLQ

The Debtors having filed their Objection to Claim No. 11 filed by MTGLQ; no responses having been filed hereto; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Claim No. 11 filed by MTGLQ is disallowed.

.

**Signed on March 01, 2010**

                                                **_____/s/ Thomas J. Tucker_____**
                                                **Thomas J. Tucker**
                                                **United States Bankruptcy Judge**