UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: ARVIE J. COFFMAN and
JACLYN L. COFFMAN
Debtors.

Case No.: 09-57415-TJT
Chapter 13
Honorable Thomas J. Tucker

**ORDER REGARDING SEVERANCE OF THE CASE OF JOINT DEBTOR, ARVIE J. COFFMAN, FROM THE CASE OF JOINT DEBTOR, JACLYN L. COFFMAN**

This case is before the Court upon Debtor Arvie J. Coffman's motion entitled "Debtor's Motion to Bifurcate" (Docket # 50, the "Motion"). Notice having been duly served and Debtor's Certificate of No Response having been filed,

**IT IS ORDERED** that:

1. The Motion is granted, and this joint case is severed into two separate cases, which will no longer be jointly administered.

2. The case of Debtor Arvie J. Coffman will be given a new case number by the Clerk.

3. *No later than March 31, 2011*, Debtor Arvie J. Coffman must file, in his newly-numbered separate case, a notice of conversion under Fed.R.Bankr.P. 1017(f)(3), converting his case to Chapter 7. If this is not done, the Court may dismiss the case of Arvie J. Coffman, without further notice or hearing.

4. The case of Debtor Jaclyn L. Coffman will retain the case number 09-57415, and will continue as a Chapter 13 case.

5. *No later than April 8, 2011*, Debtor Jaclyn L. Coffman must file and serve a proposed plan modification, to reflect the fact that the Debtor Arvie J. Coffman is no longer a Chapter 13 Debtor and no longer is subject to a Chapter 13 plan as debtor, and Debtor Jaclyn L. Coffman must file amended Schedules I and J.

6. If Debtor Jaclyn L. Coffman fails to timely comply with the requirement of paragraph 5 above, the Court may dismiss the case of Debtor Jaclyn L. Coffman, without further notice or hearing.

.

**Signed on March 25, 2011**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge